984 A.2d 938

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert Lee HAZLETT, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 18, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of December, 2009, the Petition for Allowance of Appeal is granted; Petitioner's judgment of sentence is vacated; and the case is remanded to the trial court for resentencing under 75 Pa.C.S. § 3804(b)(1), in accordance with *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).